Law Offices
## JOHN S. WALLENSTEIN
**1100 Franklin Avenue**
**Garden City, New York 11530**
**(516) 742-5600  Fax (516) 742-5040**
email: jswallensteinesq@aol.com

June 12, 2010

**VIA ECF ONLY**

Hon. Eric N. Vitaliano
United States District Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Lahoz, *et al*
              Docket # 09 CR 847(ENV)

Dear Judge Vitaliano;

      The undersigned represents Defendant Fernando Lahoz in the above-noted matter.

      The matter is presently scheduled for a status conference on Friday, June 18, 2010. I must be in Albany on business that day, and thus request a short adjournment of the status conference, to Friday June 25, 2010 at 11:00 AM.

      I have conferred with Eric Franz, Esq., and David Gordon, Esq., who represent the co-defendants Rosario and Vidal, respectively, and with AUSA David Woll. All counsel consent to the adjournment, and we have cleared the date and time with your deputy.

      Thank you for your consideration.

                            Respectfully yours,

                            /s/JOHN S. WALLENSTEIN
                            JOHN S. WALLENSTEIN

cc:    All counsel (via ECF)